

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ROBERT MARTINEZ-GILL | § | |
| | § | |
| VS. | § | C.A. NO. C-00-56 |
| | § | |
| MICHAEL A. PURDY | § | |

**FINAL JUDGMENT**

The Court hereby enters final judgment dismissing this petition.

ORDERED this _____20_____ day of _____March_____, 2000.


_____
H. W. HEAD, JR.
UNITED STATES DISTRICT JUDGE