IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED
JUN 0 1 2000
Michael N. Milby, Clerk of Court

| | |
|---|---|
| ROBERT MARTINEZ-GILL | § |
| | § |
| VS. | §   C.A. NO. C-00-56 |
| | § |
| MICHAEL PURDY | § |

### ORDER DENYING MOTION TO ALTER OR AMEND JUDGMENT

Plaintiff's motion to amend judgment is timely. Fed. R. Civ. P. 6(a). The motion is denied as without merit.

ORDERED this ___30___ day of ___May___, 2000.

H. W. HEAD, JR.
UNITED STATES DISTRICT JUDGE