IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

JUL 21 2000

Michael N. Milby
Clerk of Court

ROBERT MARTINEZ-GILL )
    PETITIONER, )
)
)
)
VS. ) CA. NO. C-00-56
)
)
)
MICHAEL PURDY, )
    RESPONDENT. )
)

NOTICE OF APPEAL

    **COMES NOW,** the Petitioner, **ROBERT MARTINEZ-GILL,** acting Pro-Se, hereby gives **NOTICE OF APPEAL** to the Judgement entered on **MAY 30, 2000,** and **NOTICE TO AMEND NOTICE OF APPEAL TO INCLUDED FED. RULES OF CIV. P. RULE 59(e)** Motion filed, also:

    **NOTICE** is hereby given that **ROBERT MARTINEZ-GILL,** PETITIONER, IN FORMA PAUPERIS and Pro-se in the above styled and numbered cause hereby appeals, to the **UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT** from this Court's order on May 30, 2000, **DENYING** the **WRIT OF HABEAS CORPUS UNDER TITLE 28 U.S.C.§ 2241** and **RULE 59(e).**

DATED 7-18-00

Respectfully submitted,

*Robert Martinez-Gill*
ROBERT MARTINEZ-GILL
REG. NO. 24434-149
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 4200
THREE RIVERS, TEXAS 78071

8.