IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

ROBERT MARTINEZ-GILL, )
    PETITIONER, )
)
)
)
VS. ) CIVIL ACTION# CA-C-00-56
) APPEAL NO 00-40827
)
MICHAEL PURDY, )
    RESPONDENT. )
)
_____ )

United States District Court
Southern District of Texas
FILED

AUG - 9 2000

Michael N. Milby, Clerk

### MOTION TO PROCEED IN FORMA PAUPERIS

**COMES NOW**, The **PETITIONER**, <u>ROBERT MARTINIEZ-GILL</u>, acting in **Pro/Se** before this Honorable Court and respectfully request that this Motion be **GRANTED** for good cause shown:

### ARGUMENT OF THE MOTION

    **PETITIONER**, respectfully prays that the Honorable Court allow the **PETITIONER** to proceed on his Appeal in **FORMA PAUPERIS**. The Petitioner respectfully asks the Court to take under consideration that he is only earning $26.00 per month while working at the F.C.I.'s Food Service Department, and would not be able to pay the cost's involved in these procedures.

9.

**WHEREFORE, PETITIONER** prays that the Honorable Court grant this Motion to proceed on Appeal in **FORMA PAUPERIS.**

Date 3rd of August 2000

Respectfully submitted

*/s/ Robert Martinez-Gill/*

ROBERT MARTINEZ-GILL
REG. NO. 24434-149 JW-B
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 4200
THREE RIVERS, TEXAS 78071

I **ROBERT MARTINEZ-GILL,** declare under the penalty of prejury, **Title 28 U.S.C. §1746,** that the forgoing is true to the best of my knowledge.

*/s/ Robert Martinez-Gill/*

ROBERT MARTINEZ-GILL
REG. NO. 24434-149 JW-B
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 4200
THREE RIVERS, TEXAS 78071