IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED
AUG 17 2000
Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| ROBERT-MARTINEZ-GILL | § | |
| | § | |
| V. | § | C.A. NO. C-00-56 |
| | § | |
| MICHAEL PURDY | § | |

## ORDER OF REFERRAL

Plaintiff's motion to proceed *in forma pauperis* on appeal (D.E. 9) is referred to United States Magistrate Judge B. Janice Ellington for review and decision. 28 U.S.C. § 636.

ORDERED this ___16___ day of ___Aug___, 2000.

_____
H. W. HEAD, JR.
UNITED STATES DISTRICT JUDGE