IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ROBERT MARTINEZ-GILL | § | |
| REG. NO. 24434-149 | | |
| V. | § | CA C-00-56 |
| MICHAEL PURDY, Warden | § | |

## ORDER

Final Judgment was entered in this case March 22, 2000 (D.E. 5). On April 3, before the time for filing a notice of appeal expired, petitioner filed a motion to alter or amend the judgment (D.E. 6). The order denying petitioner's motion was entered June 01, 2000 (D.E. 8), and on July 18, 2000 petitioner filed his notice of appeal of the final judgment and order denying the motion to alter or amend (D.E. 8).[1] Because the time for filing a notice of appeal expired July 01, 2000, Fed. R. App. P. 4(a)(1)(A), petitioner's notice of appeal will also be considered as a motion for leave to extend the time to file a notice of appeal. Fed. R. App. P. 4(a)(5)(A). Before a motion for leave to extend the time to file a notice of appeal may be granted, petitioner must demonstrate excusable neglect or good cause for the failure to timely file the notice of appeal. Fed. R. App. P. 4(a)(5)(A)(ii).

Accordingly, petitioner is granted twenty days from the date of this order to set forth the factual basis for his failure to timely file his notice of appeal. Plaintiff must also include, above his factual recitation but before his signature, the following: "I declare under penalty of perjury

---

[1] Petitioner's notice of appeal was not received by the clerk until July 21, 2000, but because petitioner is in custody, his notice of appeal is considered filed when he places the pleading into the prison mail system. Houston v. Lack, 487 U.S. 266, 276, 108 S.Ct. 2379 (1988). Because petitioner's pleading was signed on July 18, 2000, the court will assume the pleading was placed into the prison mail on that same date.

that the foregoing is true and correct." Plaintiff may also include a brief on the issue of whether he has demonstrated "good cause" or "excusable neglect". Failure to comply may result in the dismissal of plaintiff's appeal for want of prosecution.

ORDERED this 21 day of August, 2000.

B. JANICE ELLINGTON.
UNITED STATES MAGISTRATE JUDGE