IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED
AUG 23 2000
Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| ROBERT MARTINEZ-GILL<br>REG. NO. 24434-149 | § | |
| V. | § | CA C-00-56 |
| MICHAEL PURDY, Warden | § | |

## APPELLATE *IN FORMA PAUPERIS* DEFICIENCY ORDER

The Court has received Petitioner's notice of appeal (D.E. 8), but petitioner failed to pay the filing fee of $105, and his application to proceed on appeal *in forma pauperis* is incomplete because it does not contain a certified copy of his inmate trust fund. Plaintiff's application to proceed *in forma pauperis* (D.E. 9) is denied without prejudice.

Accordingly, it is **ORDERED** that the Clerk forward to Petitioner/Appellant, an application to proceed *in forma pauperis*. Within thirty (30) days of the date of this order Petitioner/Appellant must submit to the district court either the filing fee of $105.00 or a completed application to proceed *in forma pauperis* together with a certified copy of his inmate trust fund showing his average balance and average deposits for the six months preceding the filing of his notice of appeal. Failure to timely comply may result in dismissal of the appeal for want of prosecution.

ORDERED this 21 day of August, 2000.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE