```
                                                        United States District Court
                                                         Southern District of Texas
                                                                  FILED
        IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF TEXAS                   SEP 27 2000
                CORPUS CHRISTI DIVISION
                                                          MICHAEL N. MILBY CLERK
```

Robert Martinez-Gill §
 §
v. § Case Number CA-C-00-56
 §
Michael Purdy §

## CERTIFICATE OF NON-COMPLIANCE

As of September 27, 2000, the appellant has failed to comply with the Appellate In Forma Pauperis Deficiency Order, Instrument #12, that was entered by this Court on August 23, 2000. A copy of the order and docket sheet are attached.

Michael N. Milby, Clerk

Date: 09-27-00            By: [signature]

                          Deputy Clerk

cc: Fifth Circuit Court of Appeals