UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED
OCT 0 2 2000
Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| ROBERT MARTINEZ-GILL | § | |
| Petitioner, | § | |
| | § | 14. |
| V. | § | C.A. NO. C-00-56 |
| | § | |
| MICHAEL PURDY, WARDEN, | § | |
| Respondent. | § | |

## MEMORANDUM AND RECOMMENDATION

### Background

Final judgment dismissing Martinez-Gill's petition in this case was entered March 22, 2000 (D.E. 5). Petitioner subsequently filed a motion to alter or amend the judgment (D.E. 6). The order denying petitioner's motion was entered June 1, 2000 (D.E. 7). Plaintiff filed his notice of appeal July 21, 2000 (D.E. 8), followed by an application to proceed *in forma pauperis* filed August 9, 2000 (D.E. 9). The application to proceed *in forma pauperis* was denied without prejudice and petitioner was instructed to pay the $105 filing fee or submit a completed application to proceed *in forma pauperis* along with a certified copy of his inmate trust account balance (D.E. 12). Petitioner failed to timely comply, and the Clerk has entered a certificate of non-compliance (D.E. 13), and forwarded a certified copy to the Fifth Circuit Court of Appeals..

### Motion for Leave to Extend Time to File Notice of Appeal

Because petitioner also filed his notice of appeal more than thirty but less than sixty days after entry of final judgment, the court elected to treat the notice of appeal as a motion to extend the time to file a notice of appeal. Fed. R. App. P. 4(a)(5)(A)(ii). Petitioner was granted twenty days to submit facts and /or a brief on the issue of whether he could demonstrate "good cause"

or "excusable neglect" for failure to timely file his notice of appeal (D.E. 11). To date plaintiff has failed to comply.

## RECOMMENDATION

To the extent plaintiff intended for his notice of appeal to serve as a motion for leave to extend the time for filing a notice of appeal, the motion should be denied.

Respectfully submitted this 28 day of September, 2000.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE

## NOTICE TO PARTIES

The Clerk will file this Memorandum and Recommendation and transmit a copy to each party or counsel. Within **TEN (10) DAYS** after being served with a copy of the Memorandum and Recommendation, a party may file with the Clerk and serve on the United States Magistrate Judge and all parties, written objections, pursuant to Fed. R. Civ. P. 72(b), 28 U.S.C. § 636(b)(1)(C) and Article IV, General Order No. 80-5, United States District Court for the Southern District of Texas.

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and recommendation within TEN (10) DAYS after being served with a copy shall bar that party, except upon grounds of *plain error,* from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court. Douglass v. United Services Auto Ass'n, 79 F.3d 1415 (1996) (en banc).