IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 00-40827

CA-C-00-56

ROBERT MARTINEZ-GILL

    Petitioner - Appellant

v.

MICHAEL PURDY, Warden

    Respondent - Appellee

---

Appeal from the United States District Court for the
Southern District of Texas, Corpus Christi

---

CLERK'S OFFICE:

Under 5TH CIR. R. 42.3, the appeal is dismissed as of October 3, 2000 for want of prosecution. The appellant failed to comply with District Court's order of August 23, 2000.

                CHARLES R. FULBRUGE III
                Clerk of the United States Court
                of Appeals for the Fifth Circuit

        By: _____
            Nancy Dolly, Deputy Clerk

              FOR THE COURT - BY DIRECTION

DIS-2

A true copy
Test
Clerk, U.S. Court of Appeals, Fifth Circuit
By _____
Deputy                OCT 3  2000
New Orleans, Louisiana