IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

OCT 13 2000

MICHAEL N. MILBY CLERK

| | |
|---|---|
| Robert Martinez-Gill,     )<br>                           )<br>         Petitioner,      )<br>                           )<br>VS                         )         CASE NO. CA-NO C-0056<br>                           )<br>Michael Purdy,             )<br>                           )<br>         Respondent.      )| |

### MOTION TO WITHDRAW NOTICE OF APPEAL

**COMES NOW,** the petitioner, Robert Martinez-Gill, acting in pro/se before this Honorable Court and respectfully submits this, his motion to withdraw NOTICE OF APPEAL.

### ARGUMENT OF THE MOTION

Petitioner respectfully agrees with the finding of the Honorable Court and hereby tenders his motion to withdraw notice of appeal based in the interest of judicial economy.

**WHEREFORE:** Petitioner prays that the court accept his motion for good cause showing.

Dated 10-7-00

Respectfully Submitted,

Robert Martinez-Gill

Robert Martinez-Gill
#24434-149
FCI Three Rivers
P.O.B. 4200 - JWB
Three Rivers, Texas 78071