United States District Court
Southern District of Texas
ENTERED

OCT 24 2000

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

ROBERT MARTINEZ-GILL § §

VS. § C.A. NO. C-00-56

§

MICHAEL PURDY, Warden § §

## ORDER ON MOTION TO WITHDRAW NOTICE OF APPEAL

Plaintiff's Motion to Withdraw Notice of Appeal (D.E. 16) is denied as moot.

The Court of Appeals for the Fifth Court previously dismissed plaintiff's appeal.

ORDERED this ___21___ day of ___Oct___, 2000.

_____
H. W. HEAD, JR.
UNITED STATES DISTRICT JUDGE